UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 17-61893-Civ-COOKE/HUNT

100PLUSANIMALRESCUE, INC., *et al.*,

      Plaintiffs,

v.

DARCY ODE BUTKUS,

      Defendant.

_____/

## ORDER AFFIRMING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before me upon the Report and Recommendation ("R&R") of the Honorable Patrick M. Hunt, U.S. Magistrate Judge (ECF No. 195), regarding Plaintiff's Motion for Attorney's Fees (the "Motion") (ECF No. 142). In his R&R, Judge Hunt recommends that the Motion be denied.

On June 28, 2021, Plaintiffs filed their Objections to the R&R. ECF No. 198. And, on July 12, 2021, Defendant filed her response to Plaintiffs' Objections to the R&R. ECF No. 199. I have reviewed Plaintiff's Motion, the briefing and accompanying exhibits, Judge Hunt's R&R, Plaintiffs' Objections to the R&R, Defendant's response thereto, as well as the record and the relevant legal authorities. Having done so, I find Judge Hunt's R&R to be clear, cogent, and compelling.

Accordingly, Judge Hunt's R&R (ECF No. 195) is **AFFIRMED and ADOPTED** as the Order of this Court. It is, therefore, **ORDERED and ADJUDGED** that Plaintiffs' Motion for Attorney's Fees (ECF No. 142) is **DENIED**.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 13th day of December 2021.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of record*